NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAKSHAN S. PASHAYEV,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**DEPARTMENT OF THE INTERIOR,**
*Intervenor.*

---

2012-3214

---

Petition for review of the Merit Systems Protection Board in case no. DA315H110616-I-1.

---

**ON MOTION**

---

**O R D E R**

Rakshan Pashayev moves for an extension of time, until November 23, 2012, to file his corrected opening brief.  The court notes that Pashayev's opening brief was rejected on November 28, 2012.  The Department of the

Interior moves for an extension of time, until December 19, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted to the extent that Pashayev's corrected opening brief is due within 14 days of the date of filing of this order. The Board and the Interior's response briefs are due within 21 days of the date of service of Pashayev's corrected opening brief.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21